UNDER SEAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-*00020-MO* |
| v. | INDICTMENT |
| MEGAN SPURLOCK aka MEGAN BROWN and LINDA MARIE LUPO aka LINDA MCGONIAGLE, | 18 U.S.C. § 1344; 18 U.S.C. § 1028A |
| Defendants. | UNDER SEAL |

## THE GRAND JURY CHARGES:

### COUNTS 1-7
### (BANK FRAUD)
### (18 U.S.C. § 1344)

1.     Advantis Credit Union, Bank of America, OnPoint Community Credit Union, and Oregon State Credit Union are "financial institutions" as defined in 18 U.S.C. § 20.

2.     On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, the defendants knowingly and with the intent to deceive and obtain property and money, attempted to and did execute a scheme and artifice to defraud financial institutions as to a material matter and to obtain money, funds, and property owned or under control of the named financial institutions by means of materially false or fraudulent pretenses, representations, or promises, to wit, defendants did impersonate customers of financial institutions in order to

**Indictment**                                                                                   **Page 1**

convert stolen checks from victims' accounts at other institutions to cash, as more specifically set forth below in each count:

| Count | Defendant | Transaction Date | Financial Institution of Transaction and Impersonation of Victim Account Holder | Institution of Presented Check and Victim Account Holder | Amount on Check |
|---|---|---|---|---|---|
| 1 | MEGAN SPURLOCK | 11/15/2019 | Advantis Credit Union, account of ADULT VICTIM 4 | OnPoint Community Credit Union, account of ADULT VICTIM 2 | $2,610.00 |
| 2 | MEGAN SPURLOCK | 11/15/2019 | Advantis Credit Union, account of ADULT VICTIM 4 | OnPoint Community Credit Union, account of ADULT VICTIM 2 | $2,760.00 |
| 3 | MEGAN SPURLOCK | 11/15/2019 | Advantis Credit Union, account of ADULT VICTIM 4 | OnPoint Community Credit Union, account of ADULT VICTIM 2 | $2,890.00 |
| 4 | MEGAN SPURLOCK | 11/16/2019 | Advantis Credit Union, account of ADULT VICTIM 4 | OnPoint Community Credit Union, account of ADULT VICTIM 2 | $2,710.00 |
| 5 | MEGAN SPURLOCK | 11/16/2019 | Advantis Credit Union, account of ADULT VICTIM 4 | Ameriprise Financial, account of ADULT VICTIM 5 | $2,670.00 |
| 6 | LINDA LUPO | 11/14/2019 | Bank of America, account of ADULT VICTIM 1 | Oregon State Credit Union, account of ADULT VICTIM 3 | $2,610.00 |
| 7 | LINDA LUPO | 11/15/2019 | Bank of America, account of ADULT VICTIM 1 | OnPoint Community Credit Union, account of ADULT VICTIM 2 | $2,560.00 |

All in violation of 18 U.S.C. § 1344.

## COUNTS 8-13
### (AGGRAVATED IDENTITY THEFT)
### (18 U.S.C. § 1028A)

1.      Paragraphs 1 and 2 of Counts 1 through 7 are incorporated herein.

2.      On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, the defendants did unlawfully, knowingly, and intentionally transfer, possess, and use, without lawful authority, a means of identification of another, knowing that the means of

**Indictment**                                                                                     **Page 2**

identification belonged to a real person, during and in relation to felony violations of provisions

contained in Chapter 63 of Title 18, to wit: Bank Fraud in violation of 18 U.S.C. § 1344.

| Count | Defendant | Transaction Dates | Means of Identifications | Felony Violation(s) |
|-------|-----------|-------------------|--------------------------|---------------------|
| 8 | MEGAN SPURLOCK | 11/15/2019 and 11/16/2019 | Name and Identification of ADULT VICTIM 4 | 18 U.S.C. § 1344; Counts 1-5 |
| 9 | MEGAN SPURLOCK | 11/15/2019 and 11/16/2019 | Name and OnPoint Community Credit Union account information of ADULT VICTIM 2 | 18 U.S.C. § 1344; Counts 1-4 |
| 10 | MEGAN SPURLOCK | 11/16/2019 | Name and Ameriprise Financial account information of ADULT VICTIM 5 | 18 U.S.C. § 1344; Count 5 |
| 11 | LINDA LUPO | 11/14/2019 and 11/15/2019 | Name and Identification of ADULT VICTIM 1 | 18 U.S.C. § 1344; Counts 6 & 7 |
| 12 | LINDA LUPO | 11/14/2019 | Name and Oregon State Credit Union account information of ADULT VICTIM 3 | 18 U.S.C. § 1344; Count 6 |
| 13 | LINDA LUPO | 11/15/2019 | Name and OnPoint Community Credit Union account information of ADULT VICTIM 2 | 18 U.S.C. § 1344; Count 7 |

All in violation of 18 U.S.C. § 1028A

Dated: January 22, 2020                                    A TRUE BILL.


_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney



_____
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney

**Indictment**                                                                                  **Page 3**